1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  DARRELL MCDONALD,
    FLORA MCDONALD                                          ) Case No: 09-CV-1365 MMC
12                                                          )
                                                            )
13                  Plaintiffs,                             )
                                                            )
14          vs.                                             )
                                                            )
15  RESIDENTIAL MORTGAGE CAPITAL;                           ) **[PROPOSED] ORDER CONTINUING**
    NDEX WEST, L.L.C.; MORTGAGE                             ) **CASE MANAGEMENT**
16  ELECTRONIC REGISTRATION SYSTEMS,                        ) **CONFERENCE**
    INC. (MERS), a Delaware Corporation;                    )
17  FEDERAL DEPOSIT INSURANCE                               )
    CORPORATION AS CONSERVATOR FOR                          )
18  INDYMAC FEDERAL BANK, F.S.B., a                         ) **Date: July 17, 2009**
    government agency; ONEWEST BANK;                        ) **Time: 10:30 a.m.**
19  DEUTSCHE BANK NATIONAL TRUST                            ) **THE HONORABLE MAXINE M. CHESNEY**
    COMPANY and                                             ) **Courtroom 7, 19th Floor**
20  DOES 1 THROUGH 10,                                      ) **450 Golden Gate Avenue**
                                                            ) **San Francisco, CA 94102**
21                                                          )
                                                            )
22                  Defendants.                             )
                                                            )
23                                                          )
                                                            )
24                                                          )
                                                            )
25                                                          )
                                                            )
26                                                          )
27
28

Good cause having been shown, IT IS HEREBY ORDERED that, the Case

---

Management Conference previously set for July 10, 2009 at 10:30 A.M. is

continued to July 17, 2009 at 10:30 A.M.

**IT IS SO ORDERED.**

Dated: _April 28, 2009_____

MAXINE M. CHESNEY
United States District Judge