IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD, et al., | No. C-09-1365 MMC |
|     Plaintiffs, | **ORDER PLACING HOLD ON SALE; ORDERING DEFENDANTS TO PROVIDE NOTICE OF FUTURE SALE; CONTINUING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| RESIDENTIAL MORTGAGE CAPITAL, et al., | |
|     Defendants. | |

    Defendants Mortgage Electronic Registration Systems, Inc., OneWest Bank, FSB, and Deutsche Bank National Trust Company, and plaintiffs Darrell McDonald and Flora McDonald, having this date agreed in open court to a hold, to the date of September 11, 2009, on the sale of the property located at 1269 Parkwood Drive, Novato, California 94947 (APN No. 152-142-19), Trustee Sale No. 20090159901117, IT IS HEREBY ORDERED that the sale of the above-described property not be held before September 11, 2009.

    Said parties having this date further agreed in open court that said defendants will provide to plaintiffs no fewer than ten calendar days' notice of such future sale, IT IS FURTHER ORDERED that such notice be provided.

    In light of the above-ordered hold, hearing on the motion for preliminary injunction filed April 6, 2009 by plaintiffs and the motion to dismiss filed May 4, 2009 by said defendants is hereby CONTINUED to August 21, 2009 at 9:00 a.m., and the Case

Management Conference currently scheduled for July 17, 2009 is hereby CONTINUED to October 16, 2009; a Joint Case Management Statement shall be filed no later than October 9, 2009.

**IT IS SO ORDERED.**

Dated:  May 14, 2009

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge