Nossaman LLP
Janice Vaughn Mock (CA215168)
jvaughnmock@nossaman.com
Patrick J. Richard (CA131046)
prichard@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438

Attorneys for
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR DEFENDANT INDYMAC FEDERAL BANK, F.S.B.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD and FLORA MCDONALD,<br><br>Plaintiffs,<br><br>vs.<br><br>RESIDENTIAL MORTGAGE CAPITAL; et al.,<br><br>Defendants. | Case No:  09-CV-1365 MMC<br><br>[PROPOSED] **ORDER GRANTING *EX PARTE* APPLICATION FOR STAY**<br><br>ASSIGNED FOR ALL PURPOSES TO: The Honorable Maxine M. Chesney<br>Courtroom 7, 19th Floor |

236700_1.DOC

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR STAY

**ORDER**

Having duly considered the *Ex Parte* Application of the Federal Deposit Insurance Corporation, as Receiver of IndyMac Federal Bank ("Receiver"), for a mandatory 90-day stay pursuant to 12 U.S.C. § 1821(d) in any judicial proceeding to which the Receiver is a party, and it appearing that the Receiver's application is well-taken in light of the facts presented to this Court,

It is hereby ORDERED, ADJUDGED, AND DECREED, that this matter is stayed for 90 days from the date of this Order.

IT IS SO ORDERED.

Dated: May 14, 2009 _____

_____
Honorable Maxine M. Chesney