1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARREL MCDONALD, et al.,

        Plaintiffs,

  v.

RESIDENTIAL MORTGAGE CAPITAL, et al.,

        Defendants.

_____/

No. C-09-1365 MMC

**ORDER CONTINUING HEARING**

    The Court this date having granted defendant Federal Deposit Insurance Corporation's application for a 90-day stay of proceedings in the above-titled action, defendant Residential Mortgage Capital's motion to dismiss, currently noticed for hearing on June 19, 2009, is hereby CONTINUED to August 21, 2009 at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated:  May 14, 2009

                         _____

                         MAXINE M. CHESNEY
                         United States District Judge