Nossaman LLP
Janice Vaughn Mock (CA215168)
jvaughnmock@nossaman.com
Patrick J. Richard (CA131046)
prichard@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

Attorneys for
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR DEFENDANT INDYMAC FEDERAL BANK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD and FLORA MCDONALD,<br><br>Plaintiffs,<br><br>vs.<br><br>RESIDENTIAL MORTGAGE CAPITAL; et al.,<br><br>Defendants. | Case No: 09-CV-1365 MMC<br><br>[PROPOSED] ORDER GRANTING THE FEDERAL DEPOSIT INSURANCE CORPORATION'S *EX PARTE* APPLICATION FOR SUBSTITUTION OF PARTY DEFENDANT<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>The Honorable Maxine M. Chesney<br>Courtroom 7, 19th Floor |

237635_1.DOC

[PROPOSED] ORDER GRANTING THE FEDERAL DEPOSIT INSURANCE CORPORATION'S *EX PARTE* APPLICATION FOR SUBSTITUTION OF PARTY DEFENDANT

**ORDER**

Having duly considered the Federal Deposit Insurance Corporation's *Ex Parte* Application for Substitution of Party Defendant, in the above-captioned matter, seeking to substitute the Receiver in the place and stead of Federal Deposit Insurance Corporation, as Conservator of IndyMac Federal Bank, and it appearing that the Receiver's Application is well-taken in light of the facts presented to this Court,

It is hereby ORDERED, ADJUDGED, AND DECREED, that the Federal Deposit Insurance Corporation, as Receiver of IndyMac Federal Bank, be substituted in the place and stead of Defendant Federal Deposit Insurance Corporation, as Conservator of IndyMac Federal Bank in the above-captioned matter.

Dated: June 11 , 2009

*[signature]*
Honorable Maxine M. Chesney