**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD, et al., | No. C-09-1365 MMC |
| Plaintiffs, | **ORDER CONTINUING AUGUST 21, 2009 HEARINGS** |
| v. | |
| RESIDENTIAL MORTGAGE CAPITAL, et al., | |
| Defendants. / | |

In light of the continuance of the mediation in the above-titled action to August 18, 2009 (see Docket Entry, dated August 10, 2009), the August 21, 2009 hearings on plaintiffs' motion for a preliminary injunction, filed April 6, 2009, defendants Mortgage Electronic Registration Systems, Inc., OneWest Bank, FSB, and Deutsche Bank National Trust Company's motion to dismiss, filed May 4, 2009, and defendant Residential Mortgage Capital's motion to dismiss, filed May 13, 2009, are hereby CONTINUED to August 28, 2009.

**IT IS SO ORDERED.**

Dated: August 13, 2009



MAXINE M. CHESNEY
United States District Judge