DAVID R. ZARO (BAR NO. 124334)
ANDREW E. MILLER (BAR NO. 213504)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        amiller@allenmatkins.com

Attorneys for Defendants
Mortgage Electronic Registration Systems, Inc.;
OneWest Bank, FSB; and Deutsche Bank National
Trust Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD; FLORA MCDONALD,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RESIDENTIAL MORTGAGE CAPITAL; NDEX WEST, L.L.C.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), a Delaware Corporation; FEDERAL DEPOSIT INSURANCE CORPORATION AS CONSERVATOR FOR INDYMAC FEDERAL BANK, F.S.B., a government agency; ONEWEST BANK; DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No. 09-CV-1365 MMC<br><br>**NOTICE OF SETTLEMENT; ORDER THEREON** |

TO THE COURT AND COUNSEL OF RECORD:

This Notice of Settlement is to inform the Court that the parties, through the aid of the Court-appointed mediator Robin Siefkin, have reached a settlement in principle that will result in this case being dismissed. The parties are in the process

1  of preparing the necessary documentation regarding this settlement, which involves
2  a modification of the terms of the subject mortgage loan.
3      The parties respectfully request that in light of the above, the Court continue
4  all motions currently scheduled to be heard on August 28, 2009, until a date no
5  earlier than October 9, 2009.
6      This Notice of Settlement was circulated to pro se plaintiffs, counsel for the
7  defendants, and the mediator, for approval before being filed with the Court.

9  Dated:  August 19, 2009                    ALLEN MATKINS LECK GAMBLE
                                              MALLORY & NATSIS LLP

                                              By:     /s/ - Andrew E. Miller
                                                  Andrew E. Miller
                                                  Attorneys for Defendants
                                                  Mortgage Electronic Registration
                                                  Systems, Inc.; OneWest Bank, FSB;
                                                  and Deutsche Bank National Trust
                                                  Company

                                ORDER

The hearings currently scheduled for August 28, 2009 are hereby CONTINUED to October 16, 2009.

IT IS SO ORDERED.

Dated: August 21, 2009                        _____
                                              Maxine M. Chesney
                                              United States District Judge