

| | |
|---|---|
| 1 | DAVID R. ZARO (BAR NO. 124334) |
| | ANDREW E. MILLER (BAR NO. 213504) |
| 2 | ALLEN MATKINS LECK GAMBLE |
| | MALLORY & NATSIS LLP |
| 3 | 515 South Figueroa Street, Ninth Floor |
| | Los Angeles, California 90071-3309 |
| 4 | Phone: (213) 622-5555 |
| | Fax: (213) 620-8816 |
| 5 | E-Mail: dzaro@allenmatkins.com |
| | amiller@allenmatkins.com |

Attorneys for Defendants
Mortgage Electronic Registration Systems, Inc.;
OneWest Bank, FSB; and Deutsche Bank National
Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD; FLORA MCDONALD, | Case No. 09-CV-1365 MMC |
| Plaintiffs, | |
| vs. | STIPULATION AND [Proposed] ORDER TO STAY TRUSTEE'S SALE UNTIL DECEMBER 1, 2009 |
| RESIDENTIAL MORTGAGE CAPITAL; NDEX WEST, L.L.C.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), a Delaware Corporation; FEDERAL DEPOSIT INSURANCE CORPORATION AS CONSERVATOR FOR INDYMAC FEDERAL BANK, F.S.B., a government agency; ONEWEST BANK; DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 THROUGH 10, | |
| Defendants. | |

Pro se plaintiffs ("Plaintiffs") and counsel for defendants Mortgage Electronic Registration Systems, Inc.; OneWest Bank, FSB; and Deutsche Bank National Trust Company ("Defendants") in the above action hereby stipulate, and respectfully request an Order from the Court, as follows:

1  WHEREAS the parties previously agreed in open court to stay the Trustee's Sale of the property at issue in this action until no early than September 11, 2009, as reflected in the Court's May 14, 2009 Order staying that sale.

WHEREAS Plaintiffs and defendant OneWest Bank, FSB, entered into a forbearance agreement effective through December 31, 2009, and since have also agreed to a loan modification that will result in a dismissal of this action against Defendants.

WHEREAS Plaintiffs and Defendants need additional time past September 11, 2009, to complete the documentation relating to this loan modification and settlement.

WHEREAS Defendants have agreed to extend the current stay on Trustee's Sale through December 31, 2009, so that documentation of the above loan modification and settlement can be completed without Plaintiffs having to worry about their house being sold through foreclosure.

IT IS SO STIPULATED that:

The current stay on any Trustee's Sale of Plaintiffs' residence at issue in this action is continued through3 December 31, 2009.

Dated: September 9, 2009

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
Andrew E. Miller
Attorneys for Defendants
Mortgage Electronic Registration
Systems, Inc.; OneWest Bank, FSB;
and Deutsche Bank National Trust
Company

Dated: September 9, 2009

Darrell McDonald

1  Dated: September _9_, 2009

   Flora McDonald

3  IT IS SO ORDERED that:

   Defendants are stayed from conducting any Trustee's Sale, or other foreclosure-related sale, of Plaintiffs' residence, located at 1269 Parkwood Drive, Novato, CA 94947 (APN No. 152-142-19), through December 31, 2009.

8  Dated: September 11___, 2009

   United States District Judge