DARRELL MCDONALD,
FLORA MCDONALD
1269 Parkwood Drive
Novato, California 94947
Telephone: (415) 298-5115
Facsimile: (415) 897-9203-4334
darrellmcdonald@hotmail.com

In pro per

E-filing

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD, FLORA MCDONALD<br><br>Plaintiffs,<br><br>vs.<br><br>RESIDENTIAL MORTGAGE CAPITAL; NDEX WEST, L.L.C.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), a Delaware Corporation; FEDERAL DEPOSIT INSURANCE CORPORATION AS CONSERVATOR FOR INDYMAC FEDERAL BANK, F.S.B., a government agency; ONEWEST BANK; DEUTSCHE BANK NATIONAL TRUST COMPANY and DOES 1 THROUGH 10,<br><br>Defendants. | Case No: 09-CV-1365 MMC<br><br>**NOTICE OF DISMISSAL**<br>[~~PROPOSED~~] **ORDER OF DISMISSAL**<br><br>[F.R.C.P. RULE 41(a)(1)] |

TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that plaintiffs do hereby and herein dismiss all actions as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1).

-1-

Notice and [Proposed] Order of Dismissal                                       09-CV-1365 MMC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: October 1, 2009.

*Darrell McDonald*
Plaintiff in pro per

/s/
Flora McDonald
Plaintiff in pro per

### DECLARATION OF DARRELL AND FLORA MCDONALD

1. We are the plaintiffs in this action and declare truthfully as follows:

2. On March 27, 2009, we filed the Complaint in this action.

3. No answer or motion for summary judgment has been filed by any defendant.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed in Novato, California on this date.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: October 1, 2009.

*Darrell McDonald*
Plaintiff in pro per

/s/
Flora McDonald
Plaintiff in pro per

### ORDER OF DISMISSAL

No answer or motion for summary judgment having been filed in this action, and all actions as to all parties having been voluntarily noticed for dismissal by plaintiffs, all actions as to all defendants are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: 10-2-09   ~~CLERK OF THE UNITED STATES DISTRICT COURT~~

~~Deputy Clerk~~

**Maxine M. Chesney**
**United States District Judge**

---

Notice and [Proposed] Order of Dismissal                    09-CV-1365 MMC